# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD DOUGHERTY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 08-CV-3443 |
| MARSHALLS OF MA, INC., and TJX COMPANIES, INC., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 25th day of April, 2011, upon consideration of Plaintiff's Motion for a New Trial (Doc. No. 80), Defendants' response in opposition thereto (Doc. No. 83), and Plaintiff's reply in further support thereof (Doc. No. 84), it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.